[No. 47395-0-II.   Division Two.   May 10, 2016.]

TODD BAKER ET AL., *Appellants*, v. NORTHWEST TRUSTEE SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-2-01437-5, Barbara D. Johnson, J., entered March 10, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Melnick, JJ.

[No. 47565-1-II.   Division Two.   May 10, 2016.]

MICHAEL J. COLLINS, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-14051-2, Ronald E. Culpepper, J., entered May 4, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47651-7-II.   Division Two.   May 10, 2016.]

JEFF GRAHAM ET AL., *Appellants*, v. HEATHER RANKOS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-05443-6, Elizabeth P. Martin, J., entered May 1, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 48171-5-II.   Division Two.   May 10, 2016.]

*In the Matter of the Personal Restraint of* JAMES STEPHEN COON, JR., *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Melnick, J.